CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKw

JAN 19 2010

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT WILLIAM LINKOUS,<br>Petitioner,<br><br>v.<br><br>VA DEPT. OF CORRECTIONS, et al.,<br>Respondents. | Civil Action No. 7:09-cv-00463<br><br>**FINAL ORDER**<br><br>By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copies of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 19th day of January, 2010.

Senior United States District Judge