CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKu

JAN 19 2010

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT WILLIAM LINKOUS, ) | Civil Action No. 7:09-cv-00463 | |
| Petitioner, ) | | |
| ) | **FINAL ORDER** | |
| v. ) | | |
| ) | By: | Hon. Jackson L. Kiser |
| VA DEPT. OF CORRECTIONS, et al., ) | | Senior United States District Judge |
| Respondents. ) | | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copies of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 19th day of January, 2010.

Senior United States District Judge